F. Andino Reynal
Admitted Pro Hac Vice
917 Franklin Street, Sixth Floor
Houston, Texas 77002
713.228.5900
areynal@frlaw.us

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-mj-01027-DJA |
| Plaintiff, | |
| vs. | **MOTION TO TRAVEL AND TEMPORARILY SUSPEND CURFEW** |
| LUIGI MONTES et al., | |
| Defendant. | |

Defendant Luigi Montes requests that the Court allow him to travel to Euless, Texas and temporarily suspend his curfew from June 3, 2022, through June 5, 2022. Mr. Montes will attend his friend, Joseph Lopez's, wedding at Sapphire Banquet and Conference Center located at 1300 N. Main Street, Euless, Texas 76039. His current bond conditions include a curfew requirement which would prevent him from attending the party.

Respectfully submitted,

/s/ F. Andino Reynal
F. Andino Reynal
SPN: 02328405
Fertitta Reynal LLP
Commercial Bank Building
917 Franklin St., Sixth Floor
Houston, Texas 77002
Tel. 713228.5900
areynal@frlaw.us

MOTION TO TRAVEL AND TEMPORARILY SUSPEND CURFEW - 1

1

2

3

<u>CERTIFICATE OF CONFERENCE</u>

I certify that I have conferred with the Assistant United States Attorney handling the case and he is unopposed to this motion.

4

5

/s/ F. Andino Reynal
F. Andino Reynal

6

7

<u>CERTIFICATE OF SERVICE</u>

8

9

I certify that a true and exact copy of the NOTICE OF APPEARANCE has been electronically filed with the clerk of the Court using the CM/ECF system, which will send electronic notification of this filing to all counsel of record on this the 23rd day of May 2022.

10

11

/s/ F. Andino Reynal
F. Andino Reynal

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO TRAVEL AND TEMPORARILY SUSPEND CURFEW - 2

F. Andino Reynal
Admitted Pro Hac Vice
917 Franklin Street, Sixth Floor
Houston, Texas 77002
713.228.5900
areynal@frlaw.us

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>LUIGI MONTES et al.,<br><br>     Defendant. | Case No.: 2:21-mj-01027-DJA<br><br><br>**ORDER ON MOTION TO TRAVEL AND TEMPORARILY SUSPEND CURPFEW** |

     Pending before the Court is Defendant Luigi Montes' motion to modify his bond conditions to travel to Euless, Texas and temporarily suspend his curfew from June 2, 2022, through June 5, 2022.  The motion is GRANTED.

                           IT IS SO ORDERED,

_____
UNITED STATES MAGISTRATE JUDGE
Signed this 26th day of May 2022.

ORDER ON MOTION TO TRAVEL AND TEMPORARILY SUSPEND CURPFEW - 1